IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01013-AP

RUTH T. LEFOTU,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN

---

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

JEAN C. OWEN
Law Office of Jean C. Owen
5700 Broadmoor, Ste. 500
Mission, KS 66202
Telephone: (913) 262-6555
Fax: (913) 262-4066
jeano@ssdla.net

ANN J. ATKINSON
7960 South Ireland Way
Aurora, CO 80016
Telephone: (303) 680-1881
Fax: (303) 680-7891
atkinsonaj@aol.com

<u>For Defendant</u>:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

THOMAS H. KRAUS
Special Assistant U. S. Attorney
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0017
Facsimile: (303) 844-0770
tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

- A. Date Complaint Was Filed: May 14, 2008
- B. Date Complaint Was Served on U.S. Attorney's Office: September 3, 2008
- C. Date Answer and Administrative Record Were Filed: November 3, 2008

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties will not submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.  OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.  BRIEFING SCHEDULE**

    **A.  Plaintiff's Opening Brief Due:  <u>January 13, 2009</u>**

The parties request that the Plaintiff's Opening Brief be due January 13, 2009, in light of the intervening holiday season and planned holiday travel.

    **B.  Defendant's Response Brief Due:  <u>February 12, 2009</u>**

    **C.  Plaintiff's Reply Brief (If Any) Due:  <u>February 27, 2009</u>**

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    A.  Plaintiff's Statement:  <u>Plaintiff does not request oral argument</u>.

    B.  Defendant's Statement:  <u>Defendant does not request oral argument.</u>

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

<i>Indicate below the parties' consent choice.</i>

    A.  ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.  ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(A) by conferring, or making reasonable, good faith efforts to confer, with opposing counsel or *pro se* party before filing the motion.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 20th day of November, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s\ Jean C. Owen
JEAN C. OWEN
Law Office of Jean C. Owen
5700 Broadmoor, Ste. 500
Mission, KS 66202
Telephone: (913) 262-6555
Fax: (913) 262-4066
jeano@ssdla.net

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

By: s\ Thomas H. Kraus
Thomas H. Kraus
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado 80294

(303) 844-0017  
(303) 844-0770 (facsimile)  
[tom.kraus@ssa.gov](mailto:tom.kraus@ssa.gov)