IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  08-cv-01013-ZLW

RUTH T. LEFOTU,

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

     Defendant.
_____

ORDER OF DISMISSAL
_____

     This matter was before the Court on May 13, 2009, for oral argument on Plaintiff's Social Security disability benefits appeal.  The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

     ORDERED that this Court affirms the June 18, 2007, written decision of Administrative Law Judge Peter J. Baum.  It is

     FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice.  It is

     FURTHER ORDERED that the parties shall pay their own costs and attorney's fees.

     DATED at Denver, Colorado, this 20th day of May, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court